```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 15-04717-HWV
Randy A. Wolfe                                                      Chapter 13
Denise L. Wolfe
          Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: REshelman            Page 1 of 2           Date Rcvd: Sep 05, 2018
                              Form ID: 3180W             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
db/jdb         +Randy A. Wolfe,   Denise L. Wolfe,   14203 Glessick School Road,   Felton, PA 17322-8232
4716508        +Client Services Inc,   3451 Harry Truman Blvd,   Saint Charles, MO 63301-9816
4747550         M&T Bank,   PO Box 1508,   Buffalo, NY 14240-1508
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4716504        +EDI: TSYS2.COM Sep 05 2018 22:58:00      Barclays Bank Delaware,   125 South West Street,
                 Wilmington, DE 19801-5014
4716505        +EDI: CAPITALONE.COM Sep 05 2018 22:58:00      Capital One,   PO Box 85147,
                 Richmond, VA 23276-0001
4734259         EDI: CAPITALONE.COM Sep 05 2018 22:58:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
4760151        +E-mail/Text: bncmail@w-legal.com Sep 05 2018 18:55:35      Cerastes, LLC,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
4716506         EDI: CHASE.COM Sep 05 2018 22:58:00      Chase,   PO Box 15298,   Wilmington, DE 19850-5298
4716507        +EDI: CITICORP.COM Sep 05 2018 22:58:00      Citi,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
4716510         EDI: DISCOVER.COM Sep 05 2018 22:58:00      Discover Bank,   PO Box 30943,
                 Salt Lake City, UT 84130
4718019         EDI: DISCOVER.COM Sep 05 2018 22:58:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
4716509         EDI: IRS.COM Sep 05 2018 22:58:00      Department of Treasury,   Internal Revenue Service,
                 Cincinnati, OH 45999-0030
4716511         E-mail/Text: camanagement@mtb.com Sep 05 2018 18:55:29      M & T Bank,
                 One Fountain PL/3rd Floor,   Buffalo, NY 14203
4727426         E-mail/Text: camanagement@mtb.com Sep 05 2018 18:55:29      M&T BANK,   PO BOX 1288,
                 Buffalo, NY 14240
4750714        +EDI: MID8.COM Sep 05 2018 22:58:00      Midland Credit Management, Inc.,
                 as agent for  MIDLAND FUNDING LLC,   PO Box 2011,   Warren, MI 48090-2011
4716512         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 05 2018 18:55:31
                 Pennsylvania Departement of Revenue,   PO Box 280946,   Bankruptcy Division,
                 Harrisburg, PA 17128-0946
4788495         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 05 2018 18:55:31
                 Pennsylvania Department of Revenue,   Bankruptcy division,  P O Box 280946,
                 Harrisburg P A 17128-0946
4716835         EDI: RECOVERYCORP.COM Sep 05 2018 22:58:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
4751262         EDI: RMSC.COM Sep 05 2018 22:58:00      Synchrony Bank,   Attn: Bankruptcy Department,
                 PO Box 530912,   Atlanta, GA 30353-0912
4716513         EDI: RMSC.COM Sep 05 2018 22:58:00      Synchrony Bank,   Attn: Bankruptcy Dept,   PO Box 965061,
                 Orlando, FL 32896-5061
4716514         EDI: RMSC.COM Sep 05 2018 22:58:00      Synchrony Bank/Sams Club,   Attn: Bankruptcy Department,
                 PO Box 965060,   Orlando, FL 32896-5060
4729476         EDI: WFFC.COM Sep 05 2018 22:58:00      Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
                 PO Box 19657,   Irvine, CA 92623-9657
4716515         EDI: WFFC.COM Sep 05 2018 22:58:00      Wells Fargo Dealer Services,   PO Box 25341,
                 Santa Ana, CA 92799-5341
4744599         EDI: ECAST.COM Sep 05 2018 22:58:00      eCAST Settlement Corporation,   POB 29262,
                 New York NY 10087-9262
                                                                                             TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4919789*         eCAST Settlement Corporation,   PO Box 29262,   New York NY 10087-9262
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
          John F Goryl    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Michael R Caum    on behalf of Debtor 1 Randy A. Wolfe mikecaumesq@comcast.net
          Michael R Caum    on behalf of Debtor 2 Denise L. Wolfe mikecaumesq@comcast.net
          Recovery Management Systems Corporation    claims@recoverycorp.com
          Thomas I Puleo    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Randy A. Wolfe** | Social Security number or ITIN  xxx–xx–5437 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Denise L. Wolfe** | Social Security number or ITIN  xxx–xx–1968 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number: | **1:15–bk–04717–HWV** | |

# Order of Discharge                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Randy A. Wolfe                                             Denise L. Wolfe

**By the court:**

September 5, 2018

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: REshelman, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**